In the Matter of GAIL SOBEL, Petitioner, v ROBERT A. ROSS et al., Respondents. [918 NYS2d 350]—

The extraordinary remedy of mandamus will lie only to

compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Angiolillo, J.P., Florio, Hall and Miller, JJ., concur.